IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
Docket Number 19-00488-MAB

| | |
|---|---|
| STEVEN ANDERSON, #M40897, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 19-00488-MAB |
| | ) |
| WEXFORD HEALTH SOURCES, INC., et. al., | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEAL

Plaintiff Steven Anderson, through undersigned appointed counsel, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered on March 31, 2023 (**Doc # 173**).

Respectfully Submitted,

**LEWIS RICE LLC**

By: /s/ *Kenneth Mallin Jr.*
Winthrop B. Reed, III, #6227062
Kenneth Mallin Jr., #6311198
600 Washington Avenue, Suite 2500
St. Louis, MO 63101
Phone:  (314) 444-7600
Fax:  (314) 241-6056
wreed@lewisrice.com
kmallin@lewisrice.com

*Attorneys for Plaintiff Steven Anderson*

## CERTIFICATE OF SERVICE

I certify that on this 13th day of April, 2023, a true and correct copy of the foregoing was electronically filed and served on all counsel of record properly registered to receive notice via the Court's CM/ECF system.

                                                                        */s/ Kenneth Mallin Jr.*